IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | NO. 18 C 4284 |
| vs. | ) | |
| | ) | JUDGE CHARLES P. KOCORAS |
| ELC INSTALLATION COMPANY, an Illinois corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant

on January 10, 2019, request this Court enter judgment against Defendant, ELC INSTALLATION

COMPANY, an Illinois corporation. In support of the Motion, Plaintiffs state:

1.      On January 10, 2019, this Court entered default against Defendant.

2.      On or about May 23, 2018, Plaintiffs' auditors completed an audit of the Defendant's

payroll books and records for the time period July 1, 2015 through March 31, 2018. The audit

findings show that the Defendant is delinquent in contributions to the Funds in the amount of

$155.04. (See Affidavit of David Bratek).

3.      Additionally, the amount of $74.94 is due for liquidated damages. (Bratek Aff. Par.

5). Plaintiffs' auditing firm of Romolo & Associates charged Plaintiffs $1,016.00 to perform the

audit examination and complete the report (Bratek Aff. Par. 6).

4.      In addition, Plaintiffs' firm has expended $485.00 in costs and $1,642.50 in attorneys'

fees, for a total of $2,127.50, in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $3,373.48.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $3,373.48.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 4:00 p.m. this 4th day of February 2019:

> Ms. Mary P. Przekwas, Registered Agent/President
> ELC Installation Company
> 5635 James Drive
> Oak Forest, IL   60452

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\ELC\#28073\motion for entry of judgment.cms.df.wpd